Jeminson v Montgomery Real Estate & Company. (Docket No. 55097.) Rehearing denied. *Wayne County Neighborhood Legal Services, Center for Urban Law and Housing,* and *Michael B. Bixby* for

plaintiff-appellant. *Perlman, Garber & Holtz, P. C.,* for defendant-appellee Michigan Mortgage Corporation. Reported at 396 Mich 106.


